**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 21-21934-CMB |
| ANGELICA SUE BOTTI, | ) |
| | ) CHAPTER 13 |
| Debtor, | ) |
| | ) |
| ANGELICA SUE BOTTI, | ) |
| | ) Doc No.: 56 |
| Movant, | ) |
| v. | ) Related Doc. Nos.: 85, 99, 104 |
| | ) |
| DONALD L. LAMPUS, JR., | ) Hearing Date: 08/23/22 |
| | ) |
| Respondent. | ) Hearing Time: 11:30 AM |
| | ) |
| | ) |
| | ) |
| DONALD L. LAMPUS, JR., | ) Adv. No. 21-2112-CMB |
| | ) |
| Plaintiff, | ) Doc No.: 1 |
| v. | ) |
| | ) Related Doc. Nos. 6, 10, 18, 21 |
| ANGELICA SUE BOTTI, and GEMINI | ) |
| BEVERAGE, LLC, | ) Hearing Date: 08/23/22 |
| | ) |
| Defendants. | ) Hearing Time: 11:30 AM |
| | ) |

## STATUS REPORT

The Debtor/Movant/Defendant Angelica Sue Botti ("Debtor"), and Respondent/Plaintiff, Donald

L. Lampus, Jr. ("Lampus") by their respective undersigned counsel, hereby file the within Status Report,

as follows:

**I.    BACKGROUND**

1.      Lampus is a creditor of the Debtor and is a party in interest in the instant bankruptcy proceedings; Lampus filed two (2) proofs of claim in the above-captioned bankruptcy, at Claim Nos. 8-1 and 9-1 in the Claims Register (the "Claim").

2.      Debtor filed an Objection to the Claim 8-1 (the "Objection to Claim") on November 12, 2021, at Doc. No. 51 in the main proceeding.

3.      Lampus filed a Notice of Removal of Action filed in Court of Common Pleas of Allegheny County, Pennsylvania at Case No. GD-21-5345 with this Honorable Court on November 17, 2021(the "Removal Action"); said notice comprised the first filing in the above-captioned adversary proceeding (*See* 21-2112-CMB, Adv. Doc. No. 1).

4.      Lampus filed a Response in Opposition to the Objection to Claim (the "Response") on November 18, 2021 at Doc. No. 55 in the main proceeding.

5.      Lampus filed an Objection to Debtor's Claim of Exemptions (the "Objection to Exemptions") on November 19, 2021 at Doc. No. 56 in the main proceeding.

6.      At the most recent Status Conference on June 28, 2022, the parties advised the Court that all pending matters, including the Objection to Claim, Objection to Exemptions and Removal Action had been settled (memorialized by an email exchange of counsel) and, on the record, the Court continued the Status Conference to August 23, 2022, at 11:30 am, with the expectation that by or before that time, the parties would file a Motion to Approve Settlement for presentation to the Court.

## II.     OVERVIEW OF CURRENT STATUS

7.      Almost weekly since the last Status Conference, counsel for Lampus has communicated with counsel for Botti to inquire regarding provision of a Settlement Agreement

and Motion to Approve Settlement (together, the "Settlement Documents") for review, revision, filing, service and presentation.

8.      Counsel for Botti at all times up to August 17, 2022 advised that provision of the Settlement Documents was imminent.

9.      Unfortunately, by email dated August 17, 2022, counsel for Botti introduced for the first time renegotiation of a material part of the agreed settlement (the "Settlement Issue").

10.     Counsel have continued to communicate by email and phone call to resolve the Settlement Issue without the need to move the Court to enforce the agreement or otherwise and believe the issue can be resolved by the date and time scheduled for the Status Conference.

WHEREFORE, the parties respectfully submit the foregoing Status Report, and authorize counsel to file the same on their behalf.

Respectfully Submitted,

| METZ LEWIS BRODMAN MUST O'KEEFE, LLC | THE LYNCH LAW GROUP, LLC |
|---|---|
| By: /s/ John R. O'Keefe, Jr.<br>John R. O'Keefe, Jr., Esquire<br>PA I.D. No. 36633<br>535 Smithfield Street, Suite 800<br>Pittsburgh, PA 15222<br>Telephone (412) 918-1100<br>Email: jokeefe@metzlewis.com<br>Attorney for Donald L. Lampus, Jr. | By: /s/ Michael C. Mazack<br>Michael C. Mazack, Esquire<br>PA I.D. No. 205742<br>501 Smith Drive, Suite 3<br>Cranberry Township, PA 16066<br>Telephone: 724 776-8000<br>Email: mmazack@lynchlaw-group.com<br>Attorney for Debtor |